| | |
|---|---|
| 1 | H. G. Robert Fong, ESQ. State Bar # 53535 |
| 2 | 444 S. Flower Street, Suite 1500 |
| 3 | Los Angeles CA 90071-1435 |
| | Telephone (213) 488-1400 |
| 4 | |
| 5 | Attorney for Appellant |
| | Appearing Pro Se |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES

| | |
|---|---|
| JUN-EN ENTERPRISES, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PETER K. LIN, AGAPE INDUSTRIAL INC., and DOES 1 through 10, <br><br> Defendants | Case No: CV 12-2734 PSG (SSx) <br> Hon. Philip S. Gutierrez <br><br> **REPRESENTATION STATEMENT OF H.G. ROBERT FONG FILED CONCURRENTLY WITH NOTICE OF APPEAL** <br> **[F.R.A.P 12(b), CIR. RULE 3-2(b)]** |
| PETER K. LIN, an individual, and AGAPE INDUSTRIAL, INC., <br> Counter-Claimants/Third Party <br><br> Plaintiffs, <br> vs. <br><br> JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, SHI RU YANG aka TONY YANG, an individual, HSIU-YING LU, an individual, and Does 1 through 10, <br> Counter-Defendants and Third Party Defendants. | |

---

REPRESENTATION STATEMENT OF H.G. ROBERT FONG- [F.R.A.P. 12(b), CIR. RULE 3-2(b)]

The undersigned, Attorney H. G. Robert Fong, will be appearing pro se as Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate. [F.R.A.P. 12(b); Circuit Rule 3-2(b)]

Respectfully submitted,

H. G. Robert Fong, ESQ. State Bar # 53535
444 S. Flower Street, Suite 1500
Los Angeles CA 90071-1435
Telephone (213) 488-1400
bobfong@ix.netcom.com

Attorney for Appellant Pro Se

Dated:	October 8, 2014	By: _____
	H..G. Robert Fong
	Attorney for Appellant Pro Se

## Certificate of Service

This is to certify that on October 8, 2014, a true and correct copy of the foregoing Representation Statement, in the appeal from CV 12-2734 PSG (SSx) was served by United States Mail, first class, on counsel of record for all parties to the action below in this matter, as follows:

JUN-EN ENTERPRISE, a Taiwan Corporation, AGAPE INDUSTRY CO., LTD., a Taiwan Corporation, SHI RU YANG aka TONY YANG, an individual, HSIU-YING LU [Plaintiffs, Counter Defendants, and Third Party Defendants]

H. G. Robert Fong
Ku & Fong
444 S. Flower Street, Suite 1500
Los Angeles CA 90071-1435
Telephone (213) 488-1400
bobfong@ix.netcom.com

Former Attorney for Plaintiffs, Counter Defendants, and Third Party Defendants


Russell James Cole
DePasquale and Cole
523 West Sixth Street Suite 707
Los Angeles, CA 90014
Telephone (213) 629-3550
Email: prdrjclaw@yahoo.com

Attorney for Plaintiffs, Counter Defendants, and Third Party Defendants

PETER K. LIN and AGAPE INDUSTRIAL, INC.
[Defendants/Third Party Plaintiffs, and Respondents]

Thomas T. Chan
FOX ROTHSCHILD LLP

1055 West 7th Street, Suite 1880
Los Angeles, CA 90017-2544
Telephone: 213-624-6560
Facsimile: 310-556-9828
tchan@foxrothschild.com

Lena N. Bacani
FOX ROTHSCHILD LLP
1055 West 7th Street, Suite 1880
Los Angeles, CA 90017-2544
Telephone: 213-624-6560
Facsimile: 310-556-9828
lbacani@foxrothschild.com


Attorneys for Defendants/Third Party Plaintiffs, and Appellees

3

REPRESENTATION STATEMENT OF H.G. ROBERT FONG- [F.R.A.P. 12(b), CIR. RULE 3-2(b)]